RCC

**FILED**
**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 249**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:

Salman Waheed v. Ruth A. Dorochoff, District Director of the
USCIS, DHS; Michael Chertoff, Secretary, DHS; Michael B.
Mukasey, Attorney General, U.S. Dept. of Justice & Robert S.
Mueller, Director, FBI

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Salman Waheed

**JUDGE MANNING**
**MAGISTRATE JUDGE KEYS**

| | |
|---|---|
| NAME (Type or print) Mark S. Davidson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Davidson & Schiller, LLC. | |
| STREET ADDRESS One North LaSalle Street, Suite 2400 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 14722 | TELEPHONE NUMBER 312-499-9000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |